# **EXHIBIT A**

GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS

11.19.24

**EXHIBIT A**

**GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS**

| No. | Bond Issuance | Extracted Loan Provisions |
|---|---|---|
| 1. | Gold Loan Bonds 1898 | 6. – This entire Loan of Sixteen Million pounds sterling shall be secured as follows (the "**_Security Charge_**""): <br><br> (1) By a charge on the revenues of the imperial Maritime Customs of China subject to previous loans already charged on the security thereof and not yet redeemed. <br><br> (2) By a first charge, free from all encumbrances, upon the following revenues to be forthwith placed under the control of the Inspector General of Maritime Customs: <br><br> General Lekin of Soochow, estimated at …………………………………..Tls.   800,000 <br> General Lekin of Sung Hu, estimated at ………………………………… 1,200,000 <br> General Lekin of Kiukiang, estimated at ……………………………….    200,000 <br> General Lekin of Easter Chekiang, estimated at ………………………… 1,000,000 <br> Salt Lekin of Ichang, estimated at ……………………………………….. 1,000,000 <br> Salt Lekin of Hupeh, estimated at ………………………………………..   500,000 <br> Salt Lekin of Anhui, estimated at ………………………………………..   500,000 <br><br> Total five million taels.                                               Tls. 5,000,000 <br><br> This entire loan of sixteen million pounds sterling shall have priority both as regards to principal and interest over all future loans, charges or mortgages so long as this loan or any part thereof shall be unredeemed (the "**Priority Clause**"").  [1] No loan charge or mortgage shall be raised or created (the "**Introductory Phrase**"") which shall take precedence of or be on an equality with this loan (the "**Precedence Clause**") or which shall in any manner lessen or impair its security over the said Customs and Lekin Revenues, so far as required for the annual service of this loan (the "**Non-Impairment Clause**"), and [2] any future loan charge or mortgage charged on the said Customs or Lekin revenues shall be made subject to this loan (the "**Seniority Clause**") and it shall be so expressed in every agreement for any future loan charge or mortgage (the "**Notification Clause**"). |

11.19.24

# EXHIBIT A

## GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS

| | | |
|---|---|---|
| | | The Chinese Imperial Government undertake that the administration of the Chinese Imperial Maritime Customs service shall remain as at present constituted during the currency of this loan.<br><br>In the event of the customs and lekin revenues specified and pledged by this clause being at any future time insufficient for the service of principal and interest of this loan, either owing to depreciation of Silver, diminution of revenue or any other cause the Chinese Imperial Government hereby engages to appropriate, and forthwith place under the control of the Inspector General of Maritime Customs, further revenues sufficient to complete the amount required (the "***Security Guaranty***""). <br><br>In the event of the Chinese Government, during the currency of this loan, entering upon negotiations for a revision of Customs tariff accompanied by stipulations for decrease or abolition of lekin, it is hereby agreed, on the one hand, that such revision shall not be barred by the fact that this loan is secured by lekin and, on the other hand, that whatever lekin is pledged for the service of this loan shall neither be decreased nor abolished except by arrangement with the Banks and then only in so far as an equivalent is substituted for it in the shape of a first chare upon the increase of Customs revenue consequent on such revision. |

11.19.24

**EXHIBIT A**

**GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS**

| No. | Bond Issue | Loan Agreement Provisions |
|---|---|---|
| 2. | Gold Loan Bonds 1908 | 7. – The Imperial Chinese Government hereby unconditionally guarantees and declares itself responsible for the due payment of the principal and interest of this loan (the "**Security Guaranty**""), which is further hereby secured by a first charge, free from all encumbrances, upon the following provincial revenues (the "**Security Charge**""):<br><br>Province of Chekiang.<br>House tax, wine excise, pawn-whop licenses, title deeds tax, amounting per annum to ……………………………………………………………………………… Tls.  400,000<br>Old and new additional tax on salt, amounting per annum to ………………………  600,000<br><br>Province of Kiangsu.<br>New additional tax on salt, mounting per annum to ……………………………….. Tls.  700,000<br>House tax, amounting per annum to ………………………………………………..  300,000<br><br>Province of Hupei.<br>Old and new additional tax on Szechuan and Huai Salt, amounting per annum to … Tls.  600,000<br>Tax on tobacco, wine and sugar, house and land title deeds tax, amounting per annum to …………………………………………………………………………  400,000<br><br>Province of Chihli.<br>Tobacco, wine and miscellaneous Duties, amounting per annum to ………………… Tls.  800,000<br>Salt Commissioner's Treasury, revenue from additional salt tax, amounting per annum ……………………………………………………………………….…  200,000<br>New additional tax on salt, amounting per annum to ……………………………….  250,000<br><br>Total Kuping taels.                                                                                          Tls.  4,250,000<br><br>   It is understood that the security of this loan over the above annual revenues is limited to Kuping Taels Four millions two hundred and fifty thousand (the "Kuping Taels 4,250,000") irrespective of collection; if more is collected it will not be included in the security (the "**Security Limitation Clause**"). |

3

11.19.24

# EXHIBIT A

## GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS

|  |  |  |
|---|---|---|
|  |  | In the event of a default of payment of any installment of principal and/or interest of this loan at due date, the Imperial Chinese Government will instruct the provincial authorities in control of the said provincial revenues to hand them over to the contracting Banks (the "***Instruction Clause***""). <br><br> So long as this loan or any part thereof shall be unredeemed, it shall have priority, both as regards principal and interest, over all future loans, charges and mortgages charged on the said security of the provincial revenues herein assigned (the "***Priority Clause***""). [1] No loan, charge or mortgage shall be raised or created (the "***Introductory Phrase***"") which shall take precedence of or be on an equality with this loan (the "***Precedence Clause***""), or which shall in any manner lessen or impair its security over the said provincial revenues as stipulated above (the "***Non-Impairment Clause***""), and [2] any future loan, charge or mortgage charged on the said provincial revenues shall be made subject to this loan (the "***Seniority Clause***""), and it shall be so expressed in every agreement for every such future loan, charge or mortgage (the "***Notification Clause***""). |

11.19.24

**EXHIBIT A**

**GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS**

| No. | Bond Issue | Loan Agreement Provisions |
|---|---|---|
| 3. | Gold Loan Bonds 1911 | ARTICLE VIII. -  The Imperial Chinese of China hereby engages that the interest and principal of this Loan shall duly be paid in full and should the revenues of the railways and/or the proceeds of the Loan not be sufficient to provide for the due and full payment of interest and repayment of principal, the Ministry of Posts and communications shall memorialize the Throne and the Imperial Government of China will thereupon make arrangements to ensure that the amount of deficiency shall be met from other sources and handed over to the Banks on the date upon which funds are required to complete full payment of interest and repayment of principal (the "***Security Guaranty***""). <br><br> ARTICLE IX. – The present Loan of Six Million Pounds (the "£6,000,000") Sterling together with the second series thereof, provision for the issue of which is made under the terms of Article XV hereinafter secured, in respect to both principal and interest, as a first charge upon  (the "***Security Charge***""): - <br><br> 1. Hupel General Lekin amounting to Two million (2,000,000) Haikwan Tales a year. <br> 2. Hupei Additional Salt Tax for River Defence amounting to Four Hundred Thousand (4,000,000) Haikwan Taels a year. <br> 3. Hupei New Additional Two Cash Salt Tax of September, 1908, amounting to three hundred thousand (300,000) Haikwan Taels a year. <br> 4. Hupei collection of Hukuang inter-provincial Tax on imported Rice, to the amount of Two hundred and fifty thousand (250,000) Haikwan Taels a year. <br> 5. Hunan General Lekin amounting to Two million (2,000,000) Haikwan Taels a year. <br> 6. Hunan Salt Commissioner's Treasury Regular Salt Lekin to the amount of Two hundred and fifty thousand (250,000) Haikwan Taels a year. <br><br> The above Provincial Revenues amounting to a total of Five Million two hundred thousand (the "5,200,000") Haikwan Taels a year, are hereby declared to be from all other Loans, Charges or Mortgages. |

11.19.24

# EXHIBIT A

## GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS

|  |  |  |
|---|---|---|
|  |  | So long as principal and interest of this Loan are regularly paid, there shall be no interference with these Provincial revenues; but if principal or interest of the Loan be in default at due date, then, after a reasonable period of grace, lekin and other suitable internal revenues of the provinces of Hupei and Hunan sufficient to provide the amounts above stated shall forthwith be transferred to, and administered by the Imperial Maritime Customs in the interest of the bondholders.  And so long as this Loan or any part thereof shall remain unredeemed, it shall have priority, both as regards principal and interest, over all future loans, charges and mortgages charged upon the aforesaid Provincial Revenues (the "***Priority Clause***"").  [1] No loan, charge or mortgage shall be raised or created which (the "***Introductory Phrase***"") shall take precedence of, or be on equality with this Loan (the "***Precedence Clause***""), or shall in any manner lessen or impair its security over the aforesaid Provincial Revenues (the "***Non-Impairment Clause***""), and  [2] any future loan, charge or mortgage charged on the said Provincial Revenues other than the second series of the present loan provided for in Article XV a forementioned shall be made subject to this Loan (the "***Seniority Clause***""), and it shall be so expressed in every agreement for every future loan, charge or mortgage (the "***Notification Clause***"").<br><br>After redemption of the existing gold Bonds referred to in Article II of this Agreement it is understood and agreed that, so long as this Loan is unredeemed, the railways shall, under no circumstances, be mortgaged nor their receipts given as security to any other party.<br><br>In the event of the Chinese Government, during the currency of this loan entering upon definite arrangements of the revision of the Customs tariff, accompanied by stipulations for the decrease or abolition of lekin, it is hereby agreed o the one hand, that such revision shall not be barred by the fact that this Loan is secured by lekin and provincial revenues and, on the other hand, that whatever lekin is required to provide the security of the loan shall neither be decreased nor abolished except by previous arrangement with the Banks and then only in so far as an equivalent is substitute for it in the shape of a first charge upon the increase of Customs revenue consequent upon such revision. |

11.19.24

**EXHIBIT A**

**GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS**

| No. | Bond Issue | Loan Agreement Provisions |
|---|---|---|
| 4. | Gold Loan Bonds 1912 | Article III. – The Loan shall constitute a direct liability and obligation of the Chinese Government which hereby pledges its good faith and credit for the punctual payment of the principal and interest of the Loan and/or the performance of all the undertakings on its part herein assumed (the "***Security Guaranty***""). <br><br> Article IV. – 1. – The payments of interest and the repayments of the principal of the Loan and all other amounts required for or incident to the service of the Loan shall be and hereby are constituted a first charge on the surplus revenues of the Salt Gabelle (the "Sale Tax") the total annual revenue of which amounts to forty-seven million five hundred and ten thousand Kuping taels of which Twenty four millions per annum are already hypothecated (the "***Security Charge***""). The remaining Sale Revenue now pledged to the necessary annual amount amounts to twenty-three million five hundred and ten thousand Kuping taels per annum. <br><br> 2. – The above surplus revenue is hereby declared to be free from all liens, charges or mortgages. <br><br> 3. – Should the above mentioned revenue be at any time insufficient to meet the payments of interest and repayments of principal on due dates the Chinese Government will then from other sources supply the amount required to meet such payments. <br><br> 4. – So long as the principal and interest of this loan are regularly paid there shall be no interference with the revenue herein pledged but if the principal and/or interest be in default at due date then in a reasonable period of grace the revenue above pledged or such part thereof as may be sufficient to provide and pay the amounts stated shall forthwith be transferred to and shall be administered by the Chinese Maritime Customs for the accou8nt and in the interest of the bondholders of this Loan. <br><br> 5. – So long as this Loan shall remain unredeemed it shall have priority both as regards principal and interest by way of a lien or charge upon the above revenue for all future loans or mortgages which may be charged on the aforesaid revenue (the "***Priority Clause***""). [1] No loan mortgage or other charges shall be raised or created (the "***Introductory Clause***"") which shall take precedence of or be |

# EXHIBIT A

## GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS

|   |   |   |
|---|---|---|
|   |   | on equality with this loan (the "**_Precedence Clause_**"") or which shall in any manner lessen or impair its security charged upon the aforesaid revenue (the "**_Non-Impairment Clause_**"") and [2] any future loan charge or mortgage charged on the said revenue shall be made subject to this loan (the "**_Seniority Clause_**"") and it shall be so expressed in every agreement for every such future loan charge or mortgage (the "**_Notification Clause_**"").<br><br>  6. – In the event of the Chinese Government during the currency of the Loan entering upon definite arrangements for the revisions of the Customs tariff accompanied by stipulations for the decrease or abolition of likin it is hereby agreed o the one hand that such revision shall not be barred by the fact that this Loan is secured by the above named revenue and on the other hand that the revenue required to provide the security of this loan shall neither be abolished nor decreased except by previous agreement with the Financial Group and then only in so far as an equivalent security satisfactory to the Financial Group as substitute therefore in the shape of a first lien or charge upon other revenue consequent upon such revision. |

8

11.19.24

**EXHIBIT A**

**GOLD LOAN BONDS - EXTRACTED LOAN PROVISIONS**

| No. | Bond Issue | Loan Agreement Provisions |
|---|---|---|
| 5. | Gold Loan Bonds 1913 | Article III. – This entire loan and all advances which may be made in connection therewith are hereby constituted a direct liability and obligation of the Chinese Government, which hereby pledges its good faith and credit for the punctual payment of the principal and interest of the loan and/or advances and for the performance of all the undertakings on its part herein assumed (the "**_Security Guaranty_**""). <br><br> Article IV. – The entire loan together with any advances which may be made in connection therewith, is hereby secured in respect to both principal and interest by a charge upon the entire revenues of the Salt Administration of China, subject to previously loans and obligations already charged on the security thereof and not yet redeemed, as detailed in the statement attached to this Agreement (the "**_Security Charge_**""), and it shall have priority both as regards principal and interest over all future loans, charges and mortgages charged upon the above-mentioned revenues so long as this loan or any part thereof shall be unredeemed (the "**_Priority Clause_**""). [1] No loan, charge or mortgage shall be raised or created (the "**_Introductory Phrase_**"") which shall take precedence of or be on an equality with this loan (the "**_Precedence Clause_**""), or which shall in any manner lessen or impair its security over the said revenues of the Salt Administration of China, so far as required for the annual service of this loan (the "**_Non-Impairment Clause_**""), and [2] any future loan, charge or mortgage charged on the said revenues of the Salt Administration shall be made subject to this loan (the "**_Seniority Clause_**""), and it shall be so expressed in every agreement for any such loan, charge or mortgage (the "**_Notification Clause_**""). <br><br> If at a future time the annual collection of the Maritime Customs revenues should exceed the amount necessary to provide for all existing obligations charged thereon or which may have become chargeable thereon under existing agreements by reason of the abolition of likin consequent upon tariff revision, it is understand and agreed that such surplus shall be applied in the first instance to the security and service of this loan, the surplus of the sale revenues being thereby _pro tanto_ increased and made available for the general purposes of the Chinese Government. |