# **EXHIBIT B**

GOLD LOAN BONDS – NOBLE CAPITAL

11.19.24

# EXHIBIT B

## GOLD LOAN BONDS – NOBLE CAPITAL

| Year | Description | Face | Principal | Gold | Interest | Owed |
|---|---|---|---|---|---|---|
| 1898 | 4½ % Gold Loan Bonds | £7,1750 | $28,987 | $51,855,056 | $33,757,163 | $85,641,206 |
| 1908 | 5%- 4½ % Gold Loan Bonds | £5,520 | $25,834 | $46,300,148 | $30,141,721 | $76,467,703 |
| 1911 | 5% Gold Loan Bonds | £461,860 | $2,161,505 | $5,626,302,168 | $4,035,301,855 | $9,663,765,527 |
| 1912 | 5% Gold Loan Bonds | £29,160 | $136,469 | $355,222,299 | $254,772,879 | $610,131,648 |
| 1913 | 5% Gold Loan Bonds | £51,260 | $239,897 | $624,440,846 | $447,862,064 | $1,072,542,807 |
|  | **Total:** | £554,975 | $2,592,691 | $6,704,120,517 | $4,801,835,683 | $11,508,548,891 |