UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------- x
NOBLE CAPITAL LLC,                    :
                                      :
      *Plaintiff*,                :
                                      :
    v.                              :   Civil Action No. 23-cv-3139-AHA
                                      :
THE PEOPLE'S REPUBLIC OF CHINA,       :
                                      :
      *Defendant*.              :
------------------------------------- x

## NOTICE OF APPEAL

Notice is hereby given that Noble Capital LLC hereby appeals to the United States Court of Appeals for the District of Columbia from the final order entered in this action on September 15, 2025 (Doc. 44).

Dated: October 14, 2025

Respectfully submitted,

**NOBLE CAPITAL LLC**

By: /s/ Kenneth Noble
    One of Its Attorneys

Kenneth Noble (D.C. Bar Id. # NY0605)
NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036-6805
Telephone: (212) 324-2525
knoble@noblepllc.com

By: /s/ Jason Rubinstein
    One of Its Attorneys

Jason Rubinstein (D.C. Bar Id. #975008)
Craig Litherland (D.C. Bar Id. #474658)
GILBERT LLP
700 Pennsylvania Ave. SE, Suite 400
Washington, D.C. 2003-2493
Telephone: (202) 772-2200
rubinsteinj@gilbertlegal.com
litherlandc@gilbertlegal.com

    -and-

Charles Forman (D.C. Bar Id. #316299)
FORMAN HOLT LLP
365 W. Passaic St., Suite 400
Rochelle Park, New Jersey 07662
Telephone: (201) 845-1000
cforman@formanlaw.com